# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-16-00340-CV

**In re Kenneth Neuman**

## ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

Relator Kenneth Neuman, an inmate proceeding pro se, has filed a "motion for emergency relief," which we have construed as a petition for writ of mandamus, challenging the legality of a protective order that Neuman claims was issued by the district court, as well as the legality of a misdemeanor charge that Neuman claims was brought against him for allegedly violating that order.[1] In his petition, Neuman asks us to direct the district court to "dismiss the illegal order" and to direct the Austin Police Department to "drop this illegal misdemeanor charge." We do not have mandamus jurisdiction over the Austin Police Department,[2] and Neuman has failed to demonstrate his entitlement to the extraordinary relief requested against the district court.[3] Accordingly, the petition for writ of mandamus is denied.[4]

---

[1] No copies of the protective order or any other documents material to Neuman's claim for relief have been filed with his petition. *See* Tex. R. App. P. 52.7(a).

[2] *See* Tex. Gov't Code § 22.221.

[3] *See Walker v. Packer*, 827 S.W.2d 833, 839-40 (Tex. 1992) (orig. proceeding).

[4] *See* Tex. R. App. P. 52.8(a).

_____

Bob Pemberton, Justice

Before Chief Justice Rose, Justices Pemberton and Bourland

Filed:   May 27, 2016